UNITED STATES of America,
Plaintiff–Appellee

v.

Joaquin DELEON–GALVEZ,
Defendant–Appellant.

No. 09–10609
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Jason Douglas Hawkins, Federal Public Defender's Office, Dallas, TX, Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Joaquin Deleon–Galvez, Post, TX, pro se.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Joaquin DeLeon–Galvez has moved for leave to withdraw and has filed

a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). DeLeon–Galvez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.